No. 590. DAVIS v. TEAGUE. ▮▮▮▮▮▮▮▮ Jurisdictional statement submitted March 12, 1930. Decided March 17, 1930. Per Curiam: The appeal herein is dismissed for the want of a substantial federal question. Wabash R. R. Co. v. Flannigan, 192 U. S. 29; Erie R. R. Co. v. Solomon, 237 U. S. 427; Zucht v. King, 260 U. S. 174; Sugarman v. United States, 249 U. S. 182; C. A. King & Co. v. Horton, 276 U. S. 600; Bank of Indianola v. Miller, 276 U. S. 605; Roe v. Kansas, 278 U. S. 191. Mr. Mack C. Davis, pro se. No appearance for appellee.